**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00460-CV

### IN THE INTEREST OF T.G. A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-09560**

## ORDER

Appellee Shechinah Gardner's September 20, 2012 motion for leave to file supplemental

brief for limited purpose of requesting judicial notice of fact is **DENIED**.


/s/     MOLLY FRANCIS
         JUSTICE